UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

DAVID SINIGAGLIO,

                Plaintiff,         CIVIL NO.: 10-CV-3183 DWF/JSM

v.

                                             **NOTICE OF VOLUNTARY**

OXFORD COLLECTION AGENCY, INC.   **DISMISSAL WITH PREJUDICE**

                Defendant.
_____

**NOTICE IS HEREBY GIVEN THAT** the Plaintiff in the above-entitled action voluntarily dismisses this matter with prejudice and on the merits, without costs, disbursements, or attorney's fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

                                            MARTINEAU, GONKO & VAVRECK, PLLC

Dated: February 18, 2011         s/ Mark L. Vavreck                   .
                                            Mark L. Vavreck, Esq.
                                            Attorney I.D.#0318619
                                            Attorney for Plaintiff
                                            Designers Guild Building
                                            401 North Third Street, Suite 600
                                            Minneapolis, MN 55401
                                            Telephone: (612) 659-9500
                                            Facsimile:  (612) 659-9220