**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

David Sinigaglio,                                       Civil No. 10-3183 (DWF/JSM)

            Plaintiff,

v.                                                     **ORDER FOR DISMISSAL**
                                                          **WITH PREJUDICE**

Oxford Collection Agency, Inc.,

            Defendant.

---

Mark L. Vavreck, Esq., Martineau, Gonko & Vavreck, PLLC, counsel for Plaintiff.

---

      Based upon the Notice of Voluntary Dismissal With Prejudice, (Doc. No. [3]), filed by Plaintiff on February 22, 2011, and upon all the files, records and proceedings herein,

      **IT IS HEREBY ORDERED** that all claims asserted by Plaintiff in the above-entitled action, including all claims for attorney fees, are **DISMISSED WITH PREJUDICE** and on the merits, without cost to any of the parties hereto.


Dated:  February 22, 2011          s/Donovan W. Frank
                                           DONOVAN W. FRANK
                                           United States District Judge